1056

[Nos. 57086-2-I; 57087-1-I.  Division One.  May 8, 2006.]

THE STATE OF WASHINGTON, *Petitioner,* v. CINQUE GARRETT
ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 94-1-05056-3, Ronald Kessler, J., entered October 17, 2005. *Reversed* by unpublished per curiam opinion.

[No. 31924-1-II.  Division Two.  May 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROCHELLE DIANE
VOELLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-01814-7, Robert L. Harris, J., entered June 21, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 32065-7-II.  Division Two.  May 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED EDWARD
DUNN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04246-5, Vicki L. Hogan, J., entered July 2, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, J.; Quinn-Brintnall, C.J., concurring in part.

[No. 32591-8-II.  Division Two.  May 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNIE WHITE,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04526-8, Frederick W. Fleming, J., entered November 30, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Armstrong, JJ.